IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

-v-                                            15-MJ- 4134

CHRISTOPHER EBERHARDT,

                        Defendant.

---

## ORDER

Upon the application of the United States;

**IT IS HEREBY ORDERED**, that the criminal complaint, arrest warrant and all related attachments remain sealed until such time as all defendant named in the complaint is brought before this court for an initial appearance, or until further order of the Court, but in any event, no later than six months from today's date, unless before that time further application is made and the Court extends the time for sealing.

DATED: Rochester, New York, August 18, 2015

                                              _Marian W. Payson_
                                              HONORABLE MARIAN W. PAYSON
                                              United States Magistrate Judge